**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1675**

_____

PAT J. HERLAN, d/b/a Almost Heaven WV Realty, WV Real Estate
Broker, Inc.,

        Debtor - Appellant,

    v.

TIMBERLINE FOUR SEASONS RESORT, INC.; LONG RUN REALTY, INC.,

        Movants – Appellees,

   and

UNITED STATES TRUSTEE,

        Trustee,

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  John Preston Bailey,
Chief District Judge. (2:10-cv-00016-JPB; 2:09-bk-02665)

_____

Submitted:  July 28, 2011       Decided:  August 1, 2011

_____

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard J. Stahl, STAHL ZELLOE, P.C., Fairfax, Virginia, for
Appellant.  Frank P. Bush, Jr., THE LAW OFFICE OF FRANK P. BUSH,
JR., Elkins, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pat J. Herlan appeals the district court's order affirming the bankruptcy court's order directing her to turn over a number of vacation home rental contracts to Timberline Four Seasons Resort, Inc. We have reviewed the record included on appeal, as well as the parties' briefs, and have found no error. Accordingly, we affirm for the reasons stated by the district court. In re Pat Herlan, Nos. 2:10-cv-00016-JPB; 2:09-bk-02665 (N.D.W. Va. May 17, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED